ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
J. MARK CHILDS
Cal. State Bar No.: 162684
PATRICK W. McLAUGHLIN
Cal. State Bar No.: 89657
Assistant United States Attorneys
Organized Crime Drug Enforcement Task Force
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2433
     Facsimile: (213) 894-0142
     E-mail: Mark.Childs@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 04-373(A)-RGK |
|        Plaintiff, | STIPULATION RE: CONTINUANCE OF TIME FOR GOVERNMENT TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR BAIL; [PROPOSED] ORDER |
|   v. | |
| HAI WAKNINE, | |
|       Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California ("USAO-CDC"), and defendant HAI WAKNINE ("defendant"), by and through his counsel of record, David Kenner, hereby stipulate as follows:

1. On December 23, 2011, defendant filed a motion for bail. Subsequently, the Court set a hearing date on the bail motion for Monday, January 24, 2011 and a due date for the filing of the government's opposition to the bail motion for Monday,

January 10, 2011.

2.    Between December 2010 and the present, the parties have engaged in intensive plea discussions.

3.    In light of the plea discussions, the parties have agreed that the government may have until the end of January 12, 2011 to file its opposition to defendant's bail motion.

DATE: January 10, 2011                Respectfully submitted,


J. MARK CHILDS
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATE: January 10, 2011

DAVID KENNER

Attorney for defendant
HAI WAKNINE