# EXHIBIT G

**JJ Matis**

| | |
|---|---|
| **From:** | Harland Braun [harland@braunlaw.com] |
| **Sent:** | Friday, September 16, 2011 5:44 PM |
| **To:** | David Kenner |
| **Subject:** | Wahnine |

I thought I should give you a "heads up." My view is that if Klausner imposes sentence that Vik will never get any restitution. I will urge Klausner to reject the settlement and set the case for trial unless Wahnine pays whatever restitution Klausner determines is appropriate. I thought I should let you know our position in advance so that you can prepare even before we file our opposition to the settlement.--Harland

# EXHIBIT H





# EXHIBIT I

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
# CALIFORNIA (Western Division - Los Angeles)
# CRIMINAL DOCKET FOR CASE #: 2:04-cr-00373-RGK-1

Case title: USA v. Waknine et al                    Date Filed: 04/06/2004
Other court case number: 2:04-mj-02078 INTERIN
Magistrate judge case number: 2:04-mj-00665

| | | |
|---|---|---|
| 03/23/2004 | | BENCH WARRANT issued for Seal A by Magistrate Judge Carla M. Woehrle Court orders Seal A detained. [ 2:04-m -665 ] (es) (Entered: 03/24/2004) |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CRIMINAL DOCKET FOR CASE #: 2:04-cr-00373-RGK-1**

Case title: USA v. Waknine et al                         Date Filed: 04/06/2004
Other court case number:  2:04-mj-02078 INTERIN
Magistrate judge case number:  2:04-mj-00665

| 06/02/2004 | 68 | BOND AND CONDITIONS OF RELEASE filed as to Hai Waknine , in the amount of: 200,000 AB. Conditions of Release w/affidavit of surety with deeding of property, bail subject to Nebbia Hearing if requested by AUSA, defendant shall submit to intensive PSA supervision, surrender all passports and not apply for the issuance of a passport during the pendency of this case, do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental US or area of restricted travel without Court permission, residence as approved by PSA, avoid all contact, direct/indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, not possess firearm, ammunition, destructive device, or other dangerous weapons, in order to determine compliance defendant shall agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal, refrain from any use of alcohol, not use or possess illegal drugs, submit to durg and/or alcohol testing/treatment at the discretion of PSA, participate in residential drug and/or alcohol treatment as deemed necessary by PSA, house arrest and Global positioning monitoring, release to PSA only Approved by Magistrate Judge Andrew J. Wistrich . Original bond routed to: CASE FILE (es) Modified on 06/04/2004 Modified on 7/6/2007 (pj, ). (Entered: 06/04/2004) |
|---|---|---|

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
## CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00373-RGK-1

Case title: USA v. Waknine et al                    Date Filed: 04/06/2004
Other court case number: 2:04-mj-02078 INTERIN
Magistrate judge case number: 2:04-mj-00665

| 06/02/2004 | 75 | AFFIDAVIT OF SURETIES (PROPERTY) filed as to Hai Waknine in the amount of 50,000, by Surety: Hai Waknine for bond [68-1] Certified copy of Deed of Trust 5313 Ocean Front Street, Marina Del Rey, CA 90292 Approved by Magistrate Judge Andrew J. Wistrich . (es) Modified on 7/18/2007 (pj, ). (Entered: 06/04/2004) |
|---|---|---|

# EXHIBIT J

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
## CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00373-RGK-1

Case title: USA v. Waknine et al                    Date Filed: 04/06/2004
Other court case number: 2:04-mj-02078 INTERIN
Magistrate judge case number: 2:04-mj-00665

| 08/10/2006 | 295 | ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE by Judge Manuel L. Real as to Defendant Hai Waknine PRAYING THAT THE COURT WILL ORDER issuance of a bench warrant (es ) (Entered: 08/10/2006) |
| --- | --- | --- |
| 08/11/2006 | 303 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Hai Waknine; defendants Year of Birth: 1972; date of arrest: 8/10/2006. (roz, ) (Entered: 08/16/2006) |
| 08/11/2006 | 304 | MINUTES OF INITIAL APPEARANCE Re: REVOCATION OF PSA/PO WARRANT held before Magistrate Judge Ralph Zarefsky as to Defendant Hai Waknine. Defendant arraigned and advised of the charges. Defendant does not admit the allegations. Attorney: David Kenner, Retd, present. Case continued to 8/14/06 at 1:30pm for Order to Show Cause Hearing before Judge Manual Real. Defendant remanded to the custody of the USM. Tape #: CR 8/11/06A. (roz, ) (Entered: 08/16/2006) |
| 08/11/2006 | 308 | ARREST WARRANT RETURNED Executed on 8/10/06 as to Defendant Hai Waknine. (ca) (Entered: 08/18/2006) |

# EXHIBIT K

# Inmate Locator - Locate Federal inmates from 1982 to present

| Name | Register # | Age-Race-Sex | Release Date<br>Actual or Projected | Location |
|------|-----------|--------------|-------------------------------------|----------|
| 1. HAI WAKNINE | 29573-112 | 39-White-M | 02-03-2011 | RELEASED |

Results 1 - 1 of 1

New Search   FAQs   Privacy

About | Inmate Locator | Prison Facilities | Careers | Inmate Matters | Policy/Forms | Doing Business | News/Information
Accessibility | Browser Requirements | Disclaimer | DOJ Legal Policies | FOIA | No FEAR Act | Privacy Policy

## INMATE SKILLS DEVELOPMENT PLAN
Name: WAKNINE, HAI

**PROGRAM REVIEW: 01-20-2010**
RegNo: 29573-112

Subject to 18 U.S.C. 4042(B) Notification:    Y
• Past conviction for a crime of violence (state and federal)

DNA Required:                                    Y
Subject to Sex Offender Notifications:    [Y,N,N/A]
Treaty Transfer Case:                          [Y,N]

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BTF | GED EARNED | GED EARNED IN BOP | 06-27-2007 | CURRENT |
| BTF | ESL HAS | ENGLISH PROFICIENT | 04-28-2007 | CURRENT |

#### History

```
BTF37          *              INMATE EDUCATION DATA          *    01-20-2010
PAGE 001       *                   TRANSCRIPT               *       12:51:20

REGISTER NO: 29573-112      NAME..: WAKNINE              FUNC: DIS
FORMAT.....: TRANSCRIPT      RSP OF: BTF-BUTNER MED II FCI

---------------------------- EDUCATION INFORMATION ----------------------------
                                      START DATE/TIME STOP DATE/TIME
FACL ASSIGNMENT DESCRIPTION           04-28-2007 1040 CURRENT
BTF  ESL HAS    ENGLISH PROFICIENT    06-27-2007 1924 CURRENT
BTF  GED EARNED GED EARNED IN BOP

----------------------------  EDUCATION COURSES  ------------------------------
                                     START DATE STOP DATE EVNT AC LV  HR
SUB-FACL    DESCRIPTION              09-02-2008 09-02-2008  P   C  P
BTF GP      GUITAR RECREATION        03-01-2008 04-11-2008  P   C  P
BTF GP      CICUIT TRAINING PM       03-01-2008 04-11-2008  P   C  P   1
BTF GP      ABDOMINAL CLAA PM        03-12-2008 04-03-2008  P   C  P   1
BTF GP      PERSONAL FINANCE 3  @530 02-13-2008 03-12-2008  P   C  P   1
BTF GP      PERSONAL FINANCE 2  W@530 01-16-2008 02-13-2008  P   C  P   1
BTF GP      PERSONAL FINANCE TH 530  04-12-2007 09-05-2007  P   C  P   4
BTF GP      NON-RESIDENTIAL DAP GROUP 09-10-2007 12-17-2007 P   C  P
BTF GP      BEGINNING SPANISH M-T 230 10-01-2007 11-09-2007 P   C  P
BTF GP      YOGA CLASS RECREATION    06-26-2007 09-19-2007  P   C  P   4
BTF GP      DAP- DRUG ABUSE EDUCATION 06-25-2007 08-03-2007 P   C  P
BTF GP      YOGA CLASS RECREATION    06-01-2007 06-01-2007  P   C  P   4
BTF GP      FAST TRACK 1430-1530 M-F 03-19-2007 04-24-2007  P   C  P
BTF GP      YOGA CLASS RECREATION    11-06-2006 02-26-2007  P   C  P   2
LOS M       PARENTING
```

### WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BTF | LD ORD | LD UNIT ORDERLY | 01-11-2010 | CURRENT |

#### History

```
BTF37  531.01 *              INMATE HISTORY              *    01-20-2010
PAGE 001       *                WRK DETAIL               *       13:00:12

REG NO..: 29573-112 NAME....: WAKNINE, HAI
CATEGORY: WRK        FUNCTION: DIS       FORMAT:

FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIM
BTF   LD ORD     LD UNIT ORDERLY              01-11-2010 1727 CURRENT
OKL   UNASSG     UNASSIGNED HOLDOVER          01-07-2010 1815 01-11-2010 092
LOS   ORD 6N     ORD 6N                       03-20-2009 0923 01-07-2010 075
LOS   UNASSG     NOT ASSIGNED TO WORK DETAIL  09-30-2008 1454 03-20-2009 092
OKL   UNASSG     UNASSIGNED HOLDOVER          09-23-2008 1700 09-25-2008 093
ATL   DCU UNASSG DETENTION CENTER UNASSIGNED  09-18-2008 1618 09-23-2008 140
ATL   DCU UNASSG DETENTION CENTER UNASSIGNED  09-15-2008 1742 09-18-2008 113
BTF   LD ORD     LD UNIT ORDERLY              05-07-2007 0001 09-15-2008 083
BTF   UNASSG     UNASSIGNED                   04-05-2007 1126 05-07-2007 000
BTF   A&O COMPL  A&O COMPLETE                 04-05-2007 1124 04-05-2007 112
BTF   A&O PEND   A&O PENDING                  03-27-2007 1805 04-05-2007 112
ATL   DCU UNASSG DETENTION CENTER UNASSIGNED  03-23-2007 1851 03-27-2007 115
LOS   UNASSG     NOT ASSIGNED TO WORK DETAIL  10-02-2006 1147 03-23-2007 060
LOS   UNASSG     NOT ASSIGNED TO WORK DETAIL  08-11-2006 1332 10-02-2006 114
```

Generated: 01-20-2010 13:47:01                    Page 2                    ISDS Version: 1.4.1

## INMATE SKILLS DEVELOPMENT PLAN
Name: WAKNINE, HAI

## PROGRAM REVIEW: 01-20-2010
RegNo: 29573-112

### CMA ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BTF | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 03-27-2010 | CURRENT |
| BTF | ITTIS INEL | ITT IS INELIG FOR TRTY TRANS | 04-14-2007 | CURRENT |
| BTF | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 04-11-2007 | CURRENT |
| BTF | V94 PV | V94 PAST VIOLENCE | 04-11-2007 | CURRENT |
| BTF | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 04-11-2007 | CURRENT |
| BTF | CFSA | CERT FOOD SINCERITY APPROVAL | 03-31-2004 | CURRENT |

### MDS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BTF | YES F/S | CLEARED FOR FOOD SERVICE | 01-14-2010 | CURRENT |
| BTF | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-14-2010 | CURRENT |
| BTF | LOWER BUNK | LOWER BUNK REQUIRED | 01-14-2010 | CURRENT |

```
  BTF2D  540*23 *            SENTENCE MONITORING          *      09-02-2008
PAGE 002 OF 002 *            COMPUTATION DATA             *      11:55:23
                             AS OF 09-02-2008

    REGNO..: 29573-112 NAME: WAKNINE, HAI


    --------------------------CURRENT COMPUTATION NO: 010 --------------------------

    COMPUTATION 010 WAS LAST UPDATED ON 10-05-2006 AT DSC AUTOMATICALLY
    COMPUTATION CERTIFIED ON 10-17-2006 BY DESIG/SENTENCE COMPUTATION CTR

    THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
    CURRENT COMPUTATION 010: 010 010

    DATE COMPUTATION BEGAN..........: 09-11-2006
    TOTAL TERM IN EFFECT............:   121 MONTHS
    TOTAL TERM IN EFFECT CONVERTED..:   10 YEARS      1 MONTHS
    EARLIEST DATE OF OFFENSE........: 03-25-2004

    JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                        03-25-2004    06-03-2004
                                        08-10-2006    09-10-2006

    TOTAL PRIOR CREDIT TIME.........: 103
    TOTAL INOPERATIVE TIME..........: 0
    TOTAL GCT EARNED AND PROJECTED..: 474
    TOTAL GCT EARNED................: 108
    STATUTORY RELEASE DATE PROJECTED: 03-13-2015
    SIX MONTH /10% DATE.............: N/A
    EXPIRATION FULL TERM DATE.......: 06-29-2016


    PROJECTED SATISFACTION DATE.....: 03-13-2015
    PROJECTED SATISFACTION METHOD...: GCT REL




    G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   BTF2D   540*23 *             SENTENCE MONITORING        *     09-02-2008
   PAGE 001            *         COMPUTATION DATA           *     11:55:23
                                AS OF 09-02-2008

REGNO..: 29573-112 NAME: WAKNINE, HAI


FBI NO...........: 677113PA8           DATE OF BIRTH: 06-10-1972
ARS1.............: BTF/A-DES
UNIT.............: L UNIT              QUARTERS.....: L04-027L
DETAINERS........: NO                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 09-13-2014

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-13-2015 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: CR04-373(A)-R
JUDGE...........................: REAL
DATE SENTENCED/PROBATION IMPOSED: 09-11-2006
DATE COMMITTED..................: 03-27-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00           $150,000.00  $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

--------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   545
OFF/CHG: 18:1962(D)RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
         CONSPIRACY.

SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   121 MONTHS
TERM OF SUPERVISION.............:     3 YEARS
DATE OF OFFENSE.................: 03-25-2004




   G0002        MORE PAGES TO FOLLOW . . .
```

```
   TAFBO   607.00 *        MALE CUSTODY CLASSIFICATION FORM      *     06-15-2010
PAGE 001 OF 001                                                       08:03:52
      REGNO: 29573-112              FORM DATE: 06-15-2010             ORG: TAF
(A) NAME....: WAKNINE               HAI
DES FACL/LEV: TAF       /LOW        MGTV: NONE
PUBSFTY: ALIEN                      MVED:
(B) DETAINER: (0) NONE              SEVERITY.......: (3) MODERATE
MOS REL.....: 56                    CRIM HIST SCORE: (02) 3 POINTS
ESCAPES.....: (0) NONE              VIOLENCE.......: (4) 10-15 YRS SERIOUS
VOL SURR....: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV....: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5YR
(C) TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS.......: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP REPORT..: (3) NONE      FAMILY/COMMUN..: (4) GOOD
================================ LEVEL AND CUSTODY SUMMARY  ================================
BASE  CUST  VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+11   +20     -4        +7        LOW        N/A      /       IN      DECREASE
(D) TYPE REVIEW    NEW CUSTODY   APPROVED:___ YES ✓ NO   NEXT REVIEW: JUNE 2011
    __REGULAR        __MAX
    ✓EXCEPTION       ✓IN        CHAIRPERSON SIGNATURE....: _____
                     __OUT      WARDEN/DESIGNEE SIGNATURE
                     __COM           FOR EXCEPTION REVIEW: _____
```

REASON(S) FOR NOT FOLLOWING FORM'S RECOMMENDATION: Custody updated to Appropriately reflect correct level of severity. A Decrease Is not warranted at this time Due to A P.S.F. of Alien.

```
COPY: CENTRAL FILE, SECTION TWO
      INMATE
```

# INMATE SKILLS DEVELOPMENT PLAN     Current Program Review: 01-20-2010

| | |
|---|---|
| **Name:** WAKNINE, HAI | **Institution:** BUTNER MED II FCI OLD NC HWY 75 BUTNER, NC 27509 919-575-8000 |
| **Register Number:** 29573-112 | **Telephone:** 919-575-8020 |
| **Security/Custody:** LOW/IN | **Fax** |
| **Projected Release:** 03-13-2015 / GCT REL | |

| | |
|---|---|
| | **Driver's License/State:** / 677113PA8 |
| **Next Review Date:** 07-19-2010 | **FBI Number:** 604161194 |
| **Next Custody Review Date:** 01-12-2011 | **SSN:** |
| **Age/DOB/Sex:** 37 / 06-10-1972 / M | **DCDC Number:** 040113605 |
| **CIM Status:** Y    If yes, reconciled: Y | **INS Number:** |
| | **PDID Number:** |
| | **Other IDs:** |

| | | |
|---|---|---|
| **Release Residence:** | [POC] 5313 OCEANFRONT WALK MARINA DEL REY, CA 90292 [Phone] | **Release Employer:** [Name] [Address] [POC] [Phone] |
| **Telephone:** | | **Contact Telephone:** |
| **Primary Emergency Contact:** | Rivka Tabachnik, Mother 5200 White Oak Ave. Encino, CA 91316 818-232-1918 | **Secondary Emergency Contact:** [POC] [Address] [Phone] **Telephone:** |

**Telephone:**

**Mentor Information:**

**Offenses/Violator Offenses:** Racketeer Influenced and Corrupt Organization Conspiracy /

**Sentence/Supervision:** / - 3559 PLRA Sentence

| Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| | Months / Days / Days | / / | / / | Parole Information not specified |

**Detainers:** N
**Pending Charges:** None known

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| | | | | FINANC RESP-COMPLETED |

| | | |
|---|---|---|
| **Financial Plan Active:** [Y,N] | **Comm Dep-6 mos:** [$] **Commissary Balance:** [$] | **Cost of Incarceration Fee:** [Choices] |
| **Financial Plan Date:** [Date] | | |

**Payments**
**Commensurate:** [Y,N]
**Missed:** [Y,N]

**Judicial Recommendations:** None / None / None

**Special Conditions of Supervision:**

| | | |
|---|---|---|
| **USPO Sentencing:** | Michelle Carey, CUSPO 312 N. Spring St. Los Angeles, CA 90012 213-894-3600 | **USPO Relocation:** [POC] [Address] [Phone] **Telephone:** |
| **Telephone:** **Fax** | 213-894-3627 | |